UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JULIO CESAR FELICIANO, | ) CV 13-1429-ODW (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| WARDEN LINDA T. McGREW, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: ___8-1-2013___

_____
OTIS D. WRIGHT II.
UNITED STATES DISTRICT JUDGE

1